UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles E. Glenn

    v.                                        No. 06-fp-099

Hillsborough County Department
    of Corrections, et al.

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-099-PB.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 23, 2006

cc:    Charles E. Glenn, *pro se*