UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles E. Glenn</u>

     v.         Civil No. 06-cv-99-PB

<u>Hillsborough County Department
of Corrections, et al</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 3, 2006, no objection having been filed.

  SO ORDERED.

November 13, 2006          <u>/s/ Paul Barbadoro</u>
               Paul Barbadoro
               United States District Judge

cc:  Charles E. Glenn, pro se