UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles E. Glenn

       v.                              Civil No. 06-cv-99-PB

Hillsborough County Department of Corrections, et al

O R D E R

I hereby recuse myself from this case.

SO ORDERED.

January 12, 2007                             /s/ Paul Barbadoro
                                                           Paul Barbadoro
                                                           United States District Judge

cc:     Michael J. Sheehan, Esq.
        Elizabeth L. Hurley, Esq.
        Harold J. Friedman, Esq.
        Heidi A. Bean, Esq.
        Jonathan A. Lax, Esq.