UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Charles E. Glenn

        v.                                Civil No. 06-cv-99-JD

Hillsborough County Department
of Corrections, et al.


                            O R D E R


        Charles Glenn, proceeding pro se and in forma pauperis,

brought a civil rights case against the Hillsborough County

Department of Corrections and individual officers at the jail.

Following preliminary review of the complaint, on October 3,

2006, the magistrate judge ordered service to be made on the

defendants, including Captain Dempsey, who was an officer at

HCDOC while Glenn was detained there, along with other

defendants.  The summons was addressed to Dempsey at Hillsborough

County Department of Corrections, 445 Willow Street, Manchester.

        The process receipt and return filed by the Marshals Service

on November 3, 2006, as unexecuted.  On November 9, 2006, the

magistrate ordered Glenn to provide a current address for Dempsey

to permit service to be made.  Glenn has been represented by

counsel since January 11, 2007.  No return of service was ever

filed for Dempsey, and he did not respond to the complaint.

        Under Federal Rule of Civil Procedure 4(m), a plaintiff has

120 days after the complaint is filed to serve the defendants.

When a plaintiff fails to make service within the time allowed,

the court must dismiss the action against the unserved defendant

after notice to the plaintiff, unless the plaintiff shows good

cause for the failure to serve.  Id.

   **THEREFORE, this order serves as notice to Glenn that his**

**claims against Dempsey will be dismissed without prejudice unless**

**he shows good cause for his failure to make service on Captain**

**Dempsey on or before June 4, 2008.**


   SO ORDERED.


                                    _Joseph A. DiClerico, Jr._
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

May 29, 2008

cc:  Heidi A. Bean, Esquire
     John A. Curran, Esquire
     Harold J. Friedman, Esquire
     Elizabeth L. Hurley, Esquire
     Michael J. Sheehan, Esquire