UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Charles Glenn

       v.                              Civil No. 06-cv-99-JD

James O'Mara, et al.


O R D E R

     Charles Glenn brought a civil rights case against the
Hillsborough County Department of Corrections and individual
officers at the jail.  On May 29, 2008, the court informed Glenn
that his claims against Captain Dempsey would be dismissed
without prejudice unless he showed good cause for his failure to
make service on Dempsey on or before June 4, 2008.  Glenn has
failed to comply with the court's order, and therefore, Glenn's
claims against Dempsey are dismissed without prejudice.

     At the pretrial conference held on June 4, 2008, Glenn's
counsel and defense counsel agreed that they would discuss the
case in order to determine if any claims and/or defendants would

be dismissed from the case.  Therefore, Glenn shall notify the court by **Monday June 9, 2008,** which, if any, claims and/or defendants are to be dismissed from the case.


        SO ORDERED.


                                    _Joseph A. DiClerico, Jr._
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

June 5, 2008

cc:   Heidi A. Bean, Esquire
      John A. Curran, Esquire
      Harold J. Friedman, Esquire
      Elizabeth L. Hurley, Esquire
      Michael J. Sheehan, Esquire