**REVISED 6/12/08**

<u>Glenn v. Hillsborough County Department of Corrections</u>
06-cv-99-JD

DRAWING CIVIL JURY

Description of case:

    This is a civil action brought by Charles E. Glenn. Mr. Glenn was formerly a pretrial detainee in the jail operated and maintained by the Hillsborough County Department of Corrections. While detained at the jail, Mr. Glenn alleges that he was deprived of certain constitutional rights by the defendants.

    The defendants in this case are as follows:

1) James O'Mara, Superintendent of the Hillsborough County Department of Corrections;
2) Captain David Dionne;
3) Sergeant Todd Gordon;
4) Lieutenant Willie Scurry;
5) Corrections Officer David Archambault;

    Mr. Glenn claims that defendants David Dionne and David Archambault, in their individual capacities, and defendant James O'Mara, in his supervisory capacity, violated his Fourteenth Amendment rights by depriving him of adequate exercise while he was a pretrial detainee at the Hillsborough County Department of Corrections, a deprivation that he contends amounted to inhumane conditions of confinement.

Mr. Glenn contends that defendant James O'Mara, in his individual capacity and in his supervisory capacity, violated his Fourteenth Amendment rights by depriving him of adequate food while he was a pretrial detainee at the Hillsborough County Department of Corrections, a deprivation that he contends amounts to inhumane conditions of confinement.

Mr. Glenn contends that defendants Todd Gordon and Willie Scurry, in their individual capacities, and defendant James O'Mara, in his supervisory capacity, violated his rights under the First and Fourteenth Amendments to free speech by imposing punitive speech restrictions on him while he was detained at the Hillsborough County House of Correction.

The defendants deny that Mr. Glenn's constitutional rights were violated in any way.

Questions:

\_\_\_  Do you know any of the parties in this case or have you had any business, personal, or other relationship with any of them?

\_\_\_  Do you employ or are you employed by any party in this case?

\_\_\_  Have you ever been represented by any of the lawyers who are engaged in this case or are you related by blood or marriage to any of the lawyers?

\_\_\_\_   Are you or have you ever been employed by Hillsborough County or any of its departments?

\_\_\_\_   Are any of you under any obligation financially or otherwise to any of the parties in this case?

\_\_\_\_   Do any of you expect to gain or lose anything as a result of what your verdict might be in this case?

\_\_\_   Have you or has any close member of your family ever worked for a department of corrections at either the federal, state, or county level in any capacity?

\_\_\_   Have you ever been inside a jail or a prison?

\_\_\_\_   Have you or has any member of your immediate family ever worked for the Rockingham County House of Corrections or at the New Hampshire State Prison?

\_\_\_\_   During the time in question in this case, the plaintiff was being held as a pretrial detainee on a charge of second degree murder.  He is currently serving a sentence at the New Hampshire State Prison for assault.  Will these facts in any way affect your ability to be fair and impartial in deciding whether or not the plaintiff's constitutional rights were violated as he claims?

____   The plaintiff is an African-American.  Would that in any way affect your ability to be fair and impartial in this case?

____   There are witnesses who may be called to testify who were formerly prisoners or who are currently prisoners serving sentences.  Will that fact in any way affect your ability to be fair and impartial to the plaintiff and to each defendant in this case?

____   Do you have any views about whether prisoners in general are treated too harshly or too leniently that would interfere with your ability to be a fair and impartial juror in this case?

____   Do you have any views about whether a prisoner should be able to recover damages in a lawsuit in which he claims his constitutional rights were violated while he was incarcerated?

____   Do you have any reservations about reviewing and judging the actions of correctional officers, correctional administrators, and the Hillsborough County House of Corrections?

____   Have you or has any member of your immediate family ever been employed by or done volunteer work for any law enforcement agency or corrections department at the local, state, or federal level, including military service that involved a law enforcement related activity?

\_\_\_\_   There are witnesses who may be called to testify who were formerly corrections officers or who are currently corrections officers.  Will that fact in any way affect your ability to be fair and impartial to the plaintiff and to each defendant in this case?

\_\_\_\_   Counsel will now read a list of potential witnesses who may testify in this case.  Listen carefully and if you know any of these individuals or if you have any personal, business or other relationship with any individual make a notation on your paper.

\_\_\_\_   Taking into account who the parties are in this case and the subject matter of this case, are you sensible of any prejudice which might affect your verdict?

\_\_\_\_   Have you read anything about this case or about the plaintiff, Mr. Glenn, in any newspaper or other publication or have you heard or seen anything about this case or Mr. Glenn on the radio or on television?

\_\_\_\_   Have you directly or indirectly given an opinion or formed an opinion in this case?

\_\_\_\_   Do you know anything about the case or have you advised or assisted in its preparation?

____ Do you know of any good and sufficient reason why you cannot sit and hear the evidence in this case and render a true and honest verdict under your oath according to the facts as you find them to be and the law as the court will give it to you?

____ Do you know of any reason why you cannot serve on this case?